GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
BRETT A. DAY
Assistant United States Attorney
Arizona State Bar No. 027236
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: brett.day@usdoj.gov
Attorneys for Plaintiff

```
┌─────────────────────────────────┐
│ ✓ FILED        ___ LODGED        │
│ ___ RECEIVED   ___ COPY          │
│                                  │
│        JUN 0 8 2021              │
│                                  │
│   CLERK U S DISTRICT COURT       │
│     DISTRICT OF ARIZONA          │
│ BY_____ DEPUTY        │
└─────────────────────────────────┘
```

**REDACTED FOR
PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Kaise Abbas Al-Harmooshi,<br><br>Defendant. | No.  CR-21-00432-PHX-SMB (MHB)<br><br>**INDICTMENT**<br><br>VIO:  18 U.S.C. § 924(a)(1)(A)<br>(False Statement During Purchase of a Firearm)<br>Counts 1-8 |

**THE GRAND JURY CHARGES**:

## COUNT 1

On or about September 2, 2019, in the District of Arizona, Defendant KAISE ABBAS AL-HARMOOSHI knowingly made a false statement and representation to *Tombstone Tactical*, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of *Tombstone Tactical*, in that Defendant executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearm Transaction Report, stating he resided at an address on 64th Drive in Glendale, Arizona, whereas in truth and fact, Defendant knew that he resided at a different address.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 2

On or about September 11, 2019, in the District of Arizona, Defendant KAISE

1    ABBAS AL-HARMOOSHI knowingly made a false statement and representation to

2    *Tombstone Tactical*, a business licensed under the provisions of Chapter 44 of Title 18,

3    United States Code, with respect to information required by the provisions of Chapter 44

4    of Title 18, United States Code, to be kept in the records of *Tombstone Tactical*, in that

5    Defendant executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms, and

6    Explosives Form 4473, Firearm Transaction Report, stating he resided at an address on

7    64th Drive in Glendale, Arizona, whereas in truth and fact, Defendant knew that he resided

8    at a different address.

9         In violation of Title 18, United States Code, Section 924(a)(1)(A).

10                                          **COUNT 3**

11        On or about April 8, 2020, in the District of Arizona, Defendant KAISE ABBAS

12   AL-HARMOOSHI knowingly made a false statement and representation to *Tombstone*

13   *Tactical*, a business licensed under the provisions of Chapter 44 of Title 18, United States

14   Code, with respect to information required by the provisions of Chapter 44 of Title 18,

15   United States Code, to be kept in the records of *Tombstone Tactical*, in that Defendant

16   executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives

17   Form 4473, Firearm Transaction Report, stating he resided at an address on 64th Drive in

18   Glendale, Arizona, whereas in truth and fact, Defendant knew that he resided at a different

19   address.

20        In violation of Title 18, United States Code, Section 924(a)(1)(A).

21                                          **COUNT 4**

22        On or about April 18, 2020, in the District of Arizona, Defendant KAISE ABBAS

23   AL-HARMOOSHI knowingly made a false statement and representation to *Tombstone*

24   *Tactical*, a business licensed under the provisions of Chapter 44 of Title 18, United States

25   Code, with respect to information required by the provisions of Chapter 44 of Title 18,

26   United States Code, to be kept in the records of *Tombstone Tactical*, in that Defendant

27   executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives

28   Form 4473, Firearm Transaction Report, stating he resided at an address on 64th Drive in

Glendale, Arizona, whereas in truth and fact, Defendant knew that he resided at a different address.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

### COUNT 5

On or about April 28, 2020, in the District of Arizona, Defendant KAISE ABBAS AL-HARMOOSHI knowingly made a false statement and representation to *Tombstone Tactical*, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of *Tombstone Tactical*, in that Defendant executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearm Transaction Report, stating he resided at an address on 64th Drive in Glendale, Arizona, whereas in truth and fact, Defendant knew that he resided at a different address.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

### COUNT 6

On or about June 4, 2020, in the District of Arizona, Defendant KAISE ABBAS AL-HARMOOSHI knowingly made a false statement and representation to *Tombstone Tactical*, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of *Tombstone Tactical*, in that Defendant executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearm Transaction Report, stating he resided at an address on 64th Drive in Glendale, Arizona, whereas in truth and fact, Defendant knew that he resided at a different address.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

### COUNT 7

On or about August 3, 2020, in the District of Arizona, Defendant KAISE ABBAS AL-HARMOOSHI knowingly made a false statement and representation to *Tombstone*

1    *Tactical*, a business licensed under the provisions of Chapter 44 of Title 18, United States

2    Code, with respect to information required by the provisions of Chapter 44 of Title 18,

3    United States Code, to be kept in the records of *Tombstone Tactical*, in that Defendant

4    executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives

5    Form 4473, Firearm Transaction Report, stating he resided at an address on 64th Drive in

6    Glendale, Arizona, whereas in truth and fact, Defendant knew that he resided at a different

7    address.

8            In violation of Title 18, United States Code, Section 924(a)(1)(A).

9                                                    **COUNT 8**

10           On or about November 18, 2020, in the District of Arizona, Defendant KAISE

11   ABBAS AL-HARMOOSHI knowingly made a false statement and representation to

12   *Tombstone Tactical*, a business licensed under the provisions of Chapter 44 of Title 18,

13   United States Code, with respect to information required by the provisions of Chapter 44

14   of Title 18, United States Code, to be kept in the records of *Tombstone Tactical*, in that

15   Defendant executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms, and

16   Explosives Form 4473, Firearm Transaction Report, stating he resided at an address on

17   64th Drive in Glendale, Arizona, whereas in truth and fact, Defendant knew that he resided

18   at a different address.

19           In violation of Title 18, United States Code, Section 924(a)(1)(A).

20

21                                               A TRUE BILL

22                                               ___/S_____
                                                 FOREPERSON OF THE GRAND JURY
23                                               Date: June 8, 2021

     GLENN B. McCORMICK
24   Acting United States Attorney
     District of Arizona
25

26        ___/S_____
     BRETT A. DAY
27   Assistant U.S. Attorney

28